UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-61996-CIV-SCOLA/SNOW

ANISA MUZAFFARR,

    Plaintiff,

v.

ROSS DRESS FOR LESS, INC.
a foreign corporation,

    Defendant.
_____/

**PLAINTIFF'S MOTION FOR CLARIFICATION OF
COURT PROCEDURES REGARDING TREATING HEALTHCARE PROVIDERS**

    This Court ordered expert witness summaries be exchanged by July 9, 2013. (DE 17.) Plaintiff has treated with various healthcare providers who are expected to testify at trial about, among other things, causation, past and future medical needs, etc. This Court has not issued an order stating whether it considers treating healthcare providers the same as retained experts for purposes of expert summaries etc. The undersigned has other cases pending in this District and some of those Judges do not consider treating healthcare providers the same as retained experts.[1] The undersigned called this Court's judicial staff and the gentleman stated he was unaware of any standing order or ruling on this issue. The undersigned has not found a previous order of this Court addressing this issue on Westlaw.

    Wherefore, Plaintiff asks for an order stating whether this Court considers treating healthcare providers the same as retained experts for purposes of pretrial disclosures.

---

[1] For example, Judge Martinez has ordered the provisions related to expert witnesses do not apply to treating healthcare providers.

1

Pursuant to Local Rule 7.1(a)(3), I certify I conferred in writing[2] with opposing counsel before I filed this Motion to try and resolve the issues in this Motion and he seemed to object to the Motion. (Ex. A.)

> LAWLOR WINSTON WHITE & MURPHEY
> **Counsel for Plaintiff**
> 2211 Davie Blvd.
> Ft. Lauderdale, FL 33312
> 954-525-2345
> 954-730-8908 fax
> bmurphey@lawlorwinston.com
> aosio@lawlorwinston.com
>
> By: /s/ Ben Murphey, Esq. (25489)

My signature above certifies I served this by CM/ECF on June 10, 2013 to:

Michael Garcia, Esq. (161055)
George Mitchell, Esq. (44645)
Fowler White Burnett
**Counsel for Defendant**
1395 Brickell Ave., 14th Floor
Miami, FL 33131
305-789-9238
305-789-9201 fax
mgarcia@fowler-white.com
gmitchell@fowler-white.com

Kevin "Bo" Dennis, Esq. (829110)
Goldman Daszkal
**Co-Counsel for Plaintiff**
1630 W. Hillsboro Blvd.
Deerfield Beach, FL 33442
954-428-9333
954-428-9338 fax
dennis@gdinjurylaw.com
drenner@gdinjurylaw.com

---

[2] Opposing counsel refuses to communicate with the undersigned by phone or email.