UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 12-61996-Civ-SCOLA

ANISA MUZAFFARR,

    Plaintiff,
vs.

ROSS DRESS FOR LESS, INC.

    Defendant.
_____/

## ORDER DENYING MOTION FOR JUDGMENT ON THE PLEADINGS

THIS MATTER is before the Court upon the Motion for Judgment on the Pleadings [ECF No. 102], filed by the Defendant, Ross Dress for Less, Inc. ("Ross"). Because Ross has contemporaneously moved for summary judgment [ECF No. 103], the Court finds the Motion for Judgment on the Pleadings duplicative and subject to denial for that reason. "A motion for judgment on the pleadings, like a motion for summary judgment, should be granted only if there is no issue of material fact and if the pleadings show that the moving party is entitled to prevail as a matter of law." *See Greenberg v. Gen. Mills Fun Group, Inc.*, 478 F.2d 254, 256 (5th Cir. 1973); *see also Douglas Asphalt Co. v. Qore, Inc.*, 541 F.3d 1269, 1273 (11th Cir. 2008) ("Judgment on the pleadings is appropriate when there are no material facts in dispute and the moving party is entitled to judgment as a matter of law.").

The Court previously denied Ross's Rule 12(b)(6) Motion to Dismiss. At this stage of the proceedings, the Court finds it more efficient to consider Ross's present arguments in light of the entire record on summary judgment, rather than being confined to the pleadings and any judicially-noticed facts. *See Hawthorne v. Mac Adjustment, Inc.*, 140 F.3d 1367, 1370 (11th Cir.1998) ("Judgment on the pleadings is appropriate when there are no material facts in dispute, and judgment may be rendered by considering the substance of the pleadings and any judicially noticed facts.").

Accordingly, it is hereby **ORDERED or ADJUDGED** that the Motion for Judgment on the Pleadings [ECF No. 102] is **DENIED**.

**DONE and ORDERED** in chambers, at Miami, Florida, on July 24, 2013.

_____
**ROBERT N. SCOLA, JR.**
**UNITED STATES DISTRICT JUDGE**