UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-61996-CIV-SCOLA/SNOW

ANISA MUZAFFARR,

    Plaintiff,

v.

ROSS DRESS FOR LESS, INC.
a foreign corporation,

    Defendant.
_____/

**PLAINTIFF'S MOTION FOR PERMISSION TO FILE DVD IN SUPPORT OF HER RESPONSE IN OPPOSITION TO DEFENDANT'S <u>MOTION FOR SUMMARY JUDGMENT</u>**

Defendant filed a DVD in support of its Motion for Summary Judgment. (DE 114.) This Court allowed the filing. (DE 113.) Plaintiff wants to file a DVD in support of her Response in Opposition to Defendant's Motion for Summary Judgment. The DVD Plaintiff wants to file was produced by Defendant and contains these camera angles as titled by Defendant on the DVD:

1. Exit
2. HCS 5
3. HCS 6

The three camera angle recordings on the DVD are the original full-length recordings produced by Defendant. The DVD will help this Court rule on Defendant's Motion for Summary Judgment. *See Pourmoghani-Esfahani v. Gee*, 625 F.3d 1313, 1315-17 (11th Cir. 2010); *Scott v. Harris*, 550 U.S. 372, 380-81 (2007).

Wherefore, Plaintiff asks for an Order allowing her to file the DVD containing the above-identified recordings

1

Pursuant to Local Rule 7.1(a)(3), I certify I tried to confer with opposing counsel about the contents of this Motion.  I was only able to speak with William Potucek, Esq., who is Mike Garcia, Esq's associate and who had no authority to discuss the contents of this Motion.  Given the little amount of time Plaintiff has to respond to Defendant's Motion for Summary Judgment, the undersigned had to file this Motion immediately.

        LAWLOR WINSTON WHITE & MURPHEY
        **Counsel for Plaintiff**
        2211 Davie Blvd.
        Ft. Lauderdale, FL 33312
        954-525-2345
        954-730-8908 fax
        bmurphey@lawlorwinston.com
        aosio@lawlorwinston.com

        By:  /s/ Ben Murphey, Esq. (25489)

My signature above certifies I served this by CM/ECF on July 30, 2013 to:

Michael Garcia, Esq. (161055)
George Mitchell, Esq. (44645)
Fowler White Burnett
**Counsel for Defendant**
1395 Brickell Ave., 14th Floor
Miami, FL 33131
305-789-9238
305-789-9201 fax
mgarcia@fowler-white.com
gmitchell@fowler-white.com

Kevin "Bo" Dennis, Esq. (829110)
Goldman Daszkal
**Co-Counsel for Plaintiff**
1630 W. Hillsboro Blvd.
Deerfield Beach, FL 33442
954-428-9333
954-428-9338 fax
dennis@gdinjurylaw.com
drenner@gdinjurylaw.com