UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

CASE NO. 12-cv-61996-RNS

ANISA MUZAFFARR,

    Plaintiff,

v.

ROSS DRESS FOR LESS, INC., a Foreign Profit Corporation,

    Defendant.

**DEFENDANT'S NOTICE OF FILING EXHIBITS IN SUPPORT OF DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION FOR ORDER REQUIRING DEFENDANT TO PROVIDE PLAINTIFF'S COUNSEL WITH INFORMATION REGARDING THE DVD DEFENDANT FILED WITH COURT**

Defendant, ROSS DRESS FOR LESS, INC., by and through the undersigned counsel and pursuant to the applicable Federal Rules of Civil Procedure and Local Rules, hereby files the following exhibits in support of Defendant's Response [D.E.119] to Plaintiff's Motion for Order Requiring Defendant to Provide Plaintiff's Counsel with Information Regarding the DVD Defendant filed with Court [D.E. 115].

1. *Exhibit A*, Email correspondence sent from Plaintiff **at 11:15 am** to Defendant dated 7/30/13 regarding DVD video.

2. *Exhibit B,* Auto response email correspondence sent from Defendant at **11:20 am** to Plaintiff dated 7/30/13 advising that emails are not being monitored.

3. *Exhibit C*, Clerk's Electronic Notification dated 7/30/13 at **12:01 pm** advising that Plaintiff has filed its Motion Compel Information regarding DVD Video [D.E. 115].

4. *Exhibit D*, Clerk's Electronic Notification dated 7/30/13 at **12:19 pm** advising that Plaintiff has filed its Motion for Permission to File DVD Video with Court [D.E. 116].

CASE NO. 12-cv-61996-RNS

Respectfully submitted,

s/ Michael A. Garcia
Michael Alexander Garcia
Fla. Bar No. 0161055
Email: mgarcia@fowler-white.com
FOWLER WHITE BURNETT, P.A.
Espirito Santo Plaza, Fourteenth Floor
1395 Brickell Avenue
Miami, Florida 33131
Telephone:  (305) 789-9200
Facsimile:   (305) 789-9201

CASE NO. 12-cv-61996-RNS

**CERTIFICATE OF SERVICE**

I hereby certify that on August 1, 2013, the foregoing document was electronically filed with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

s/ Michael Alexander Garcia
Michael Alexander Garcia

CASE NO. 12-cv-61996-RNS

## SERVICE LIST

CASE NO. 12-cv-61996-RNS

Kevin Dennis, Esq.
Goldman, Daszkal, Cutler, Bolton, & Kirby
1630 W. Hillsboro Blvd.
Deerfield Beach, FL 33442
E-Mail: Service.Dennis@gdinjurylaw.com;
pcarvalho@gdinjurylaw.com
Telephone: (954) 428-9333
Facsimile: (954) 428-9338

Mr. Ben Murphey
Lawlor Winston, LLP.
2211 Davie Boulevard
Ft. Lauderdale, FL 33312
E-Mail: Bmurphey@lawlorwinston.com;
Telephone: (954) 525-2345
Facsimile: (954) 730-8908

W:\85242\NOTFIL07-Exhibits (Pltf Motion Video)-GOM.docx