UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

CASE NO. 12-cv-61996-RNS

ANISA MUZAFFARR,

      Plaintiff,

v.

ROSS DRESS FOR LESS, INC., a Foreign
Profit Corporation,

      Defendant.

**AGREED MOTION TO WITHDRAW AND REMOVE FROM COURT RECORD
PLAINTIFF'S MOTION TO ENFORCE SETTLEMENT, AWARD INTEREST, AND
FOR RULING ON ENTITLEMENT TO ATTORNEY'S FEES [D.E. 159] &
INCORPORATED MEMORANDUM OF LAW**

The parties, Defendant, ROSS DRESS FOR LESS, INC., ("Ross" or "Defendant"), and

Plaintiff, ANISA MUZAFFARR, and in accordance with the applicable Federal Rules of Civil

Procedure and the Local Rules of this Court, hereby file this Agreed Motion to Withdraw and

Remove From Court Record Plaintiff's Motion to Enforce Settlement, Award Interest, and for

Ruling on Entitlement to Attorney's Fees and all exhibits attached thereto [D.E. 159] and in

support thereof the parties state as follows:

1.     The parties have settled this matter, however, a mistake by Defendant in issuing

the settlement check in the name of Plaintiff's old law firm delayed the tendering of the

settlement check to Plaintiff.

2.     As a result, Plaintiff filed its Motion to Enforce Settlement, Award Interest, and

for Ruling on Entitlement to Attorney's Fees ("Plaintiff's Motion to Enforce"). [D.E.159].

3.     The parties have since amicably resolved this issue and defense counsel has sent

Plaintiff's counsel the proper settlement check by certified mail today.

4.      Accordingly, Plaintiff consents to withdrawing Plaintiff's Motion to Enforce [D.E. 159] as moot.

5.      The parties are also in agreement that Plaintiff's Motion to Enforce and the attached exhibits [D.E. 159] should be removed by the Clerk from the Court record. Pursuant to Rule 5.2(e) of the Federal Rules of Civil Procedure, for good cause shown, the court may order the Clerk to remove Plaintiff's Motion to Enforce and the attached exhibits [D.E. 159] from the Court record so as to prevent public disclosure of the settlement figure which the parties agreed should remain confidential.

6.      The parties are in agreement to the requested relief in this Motion.

7.      Accordingly, the parties respectfully request this Honorable Court enter an Order directing the Clerk to withdraw and remove from the Court record Plaintiff's Motion to Enforce and the attached exhibits [D.E. 159].

WHEREFORE, the parties, Defendant and Plaintiff, respectfully request that this Motion be Granted; that an Order be entered directing the Clerk to withdraw and remove Plaintiff's Motion to Enforce and the attached exhibits [D.E. 159] from the Court record; and for such further and other relief as the Court deems just and proper.

**CERTIFICATE OF GOOD FAITH CONFERENCE LOCAL RULE 7.1**

I HEREBY CERTIFY that Counsel for Defendant has conferred with Plaintiff's counsel; the parties are in agreement as to the relief requested in this Motion.

CASE NO. 12-cv-61996-RNS

Respectfully submitted,


S/ Michael A. Garcia
Michael Alexander Garcia
Fla. Bar No. 0161055
Email: mgarcia@fowler-white.com

FOWLER WHITE BURNETT, P.A.
Espirito Santo Plaza, Fourteenth Floor
1395 Brickell Avenue
Miami, Florida 33131
Telephone:   (305) 789-9200
Facsimile:    (305) 789-9201
Counsel for Defendant

S/ Ben Murphey
Ben Murphey
 Fla. Bar No. 25489
 BMurphey@lawlorwinston.com

LAWLOR WINSTON WHITE & MURPHEY
2211 Davie Blvd.
Ft. Lauderdale, FL 33312
Telephone: (954) 525-2345
Facsimile: (954) 730-8908
Counsel for Plaintiff

CASE NO. 12-cv-61996-RNS

## CERTIFICATE OF SERVICE

I hereby certify that on December 6, 2013, the foregoing document was electronically filed with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

s/ Michael Alexander Garcia
Michael Alexander Garcia

CASE NO. 12-cv-61996-RNS

## SERVICE LIST

CASE NO. 12-cv-61996-RNS

Kevin Dennis, Esq.
Goldman, Daszkal, Cutler, Bolton, & Kirby
1630 W. Hillsboro Blvd.
Deerfield Beach, FL 33442
E-Mail: Service.Dennis@gdinjurylaw.com;
pcarvalho@gdinjurylaw.com
Telephone: (954) 428-9333
Facsimile: (954) 428-9338

Mr. Ben Murphey
Lawlor Winston, LLP.
2211 Davie Boulevard
Ft. Lauderdale, FL 33312
E-Mail: Bmurphey@lawlorwinston.com;
Telephone: (954) 525-2345
Facsimile: (954) 730-8908